MERRILL SCHNEIDER, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR 97233-2153
(503) 255-9092
fax (503) 255-9145
Attorney for Peter L. Feskens

FILED'05 DEC 14 16:51USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PETER L. FESKENS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CV 04-750-HO

ORDER FOR EAJA FEES AND COSTS

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6500.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs of $150 are allowed. No other costs or expenses are awarded.

DATED this 14th day of Dec., 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Merrill Schneider
Merrill Schneider    OSB# 77336
503-255-9092
Attorney for Plaintiff